UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

FELECITO CELESTINO MERCEDES,
a/k/a "Pito,"
a/k/a "Juan Sanhana,"
a/k/a "Winston Peralta,"
a/k/a "Winston Peralta-Polanco,"
a/k/a "Wilson Polanco Peralta,"
a/k/a "Franklin Jimenez,"
a/k/a "Juan Santana-Rosario,"
a/k/a "Francisco Javiel," and

WILLIAM ANTONIO SOLIS,
a/k/a "Vegano,"
a/k/a "La Vega,"

Defendants.

**UNSEALING ORDER**

S1 26 Cr. 149 (LTS)

Upon application of the United States of America, by and through Assistant United States Attorneys Dominic A. Gentile and Joseph H. Rosenberg, it is hereby ORDERED that Superseding Indictment S1 26 Cr. 149 (LTS) in the above-captioned case, which was filed under seal on April 21, 2026, be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York
November 20, 2026

THE HONORABLE GARY STEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK