UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

FELECITO CELESTINO MERCEDES,
a/k/a "Pito,"
a/k/a "Juan Sanhana,"
a/k/a "Winston Peralta,"
a/k/a "Winston Peralta-Polanco,"
a/k/a "Wilson Polanco Peralta,"
a/k/a "Franklin Jimenez,"
a/k/a "Juan Santana-Rosario,"
a/k/a "Francisco Javiel," and

WILLIAM ANTONIO SOLIS,
a/k/a "Vegano,"
a/k/a "La Vega,"

Defendants.

**LIMITED UNSEALING ORDER**

S1 26 Cr. 149 (LTS)

Upon application of the United States of America, by and through Assistant United States Attorneys Dominic A. Gentile and Joseph H. Rosenberg, it is hereby ORDERED that Superseding Indictment S1 26 Cr. 149 (LTS ), which was filed under seal on April 21, 2026, be unsealed for the limited purpose of facilitating the extradition of defendant Felecito Celestino Mercedes, a/k/a "Pito," a/k/a "Juan Sanhana," a/k/a "Winston Peralta," a/k/a "Winston Peralta-Polanco," a/k/a "Wilson Polanco Peralta," a/k/a "Franklin Jimenez," a/k/a "Juan Santana-Rosario," a/k/a "Francisco Javiel," from the Dominican Republic.

SO ORDERED.

Dated: New York, New York
April 24, 2026

/s/ Laura Taylor Swain, Chief USDJ

HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK